DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ISMAEL CHAVEZ-VILLAREAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | No. 2:08-cr-128 LKK |
| v. | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME. |
| ISMAEL CHAVEZ-VILLAREAL, Defendant. | Date: April 29, 2008<br>Time: 9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel McConkie, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant ISMAEL CHAVEZ-VILLAREAL, that the status conference scheduled for April 29, 2008, be vacated and the matter continued until May 28, 2008, for status conference.

The reason for the continuance is to allow for receipt of a pre-plea presentence report and offer from the government which should be forthcoming in the very near future..

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until May 28,

2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (defense preparation)

**IT IS SO STIPULATED.**

Date: April 25, 2008

/s/ Daniel McConkie
DANIEL MCCONKIE
Assistant United States Attorney
Counsel for Plaintiff

Date: April 25, 2008

DANIEL J. BRODERICK
Federal Defender

/s/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Counsel for Defendant
ISMAEL CHAVEZ-VILLAREAL

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

DATE: April 28, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT