1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ISMAEL CHAVEZ-VILLAREAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-128 LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME. |
| ISMAEL CHAVEZ-VILLAREAL, ) | Date: May 28, 2008 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| _____ ) | |

   **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel McConkie, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant ISMAEL CHAVEZ-VILLAREAL, that the status conference scheduled for May 28, 2008, be vacated and the matter continued until July 8, 2008, for status conference.

   The reason for the continuance is to allow for further preparation and consultation by the defense.

   **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until July 8, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4

(defense preparation)

**IT IS SO STIPULATED.**

```
Date:  May 27, 2008            /s/ Daniel McConkie
                               DANIEL MCCONKIE
                               Assistant United States Attorney
                               Counsel for Plaintiff


Date:  May 27, 2008            DANIEL J. BRODERICK
                               Federal Defender

                                /s/ Jeffrey L. Staniels
                               JEFFREY L. STANIELS
                               Assistant Federal Defender
                               Counsel for Defendant
                               ISMAEL CHAVEZ-VILLAREAL
```

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Date: May 27, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order                -2-