```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ISMAEL CHAVEZ-VILLAREAL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-cr-128 LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER EXCLUDING TIME. |
| ISMAEL CHAVEZ-VILLAREAL, | ) |
| Defendant. | ) Judge: Hon. Lawrence K. Karlton |
|  | )         (In Chambers) |

Following a status conference on July 8, 2008, the court granted the unopposed request for a continuance for the purpose of further investigation, and defense preparation, made by counsel for defendant Ismael Chavez-Villareal.

This case was therefore scheduled for further status conference on August 12, 2008, at 9:30 a.m. Time for trial under the Speedy Trial Act is excluded between July 8, 2008, and August 12, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

IT IS SO ORDERED.

By the Court,

Dated: July 11, 2008

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT