```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ISMAEL CHAVEZ-VILLAREAL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ISMAEL CHAVEZ-VILLAREAL,<br><br>    Defendant.<br>_____ | No. 2:08-cr-128 LKK<br><br>STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME.<br><br>Date:  August 12, 2008<br>Time:  9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel McConkie, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant ISMAEL CHAVEZ-VILLAREAL, that the status conference scheduled for August 12, 2008, be vacated and the matter continued until September 23, 2008, for status conference.

The reason for the continuance is to allow for further preparation and consultation by the defense.  Counsel has requested but not received records concerning a significant prior conviction which are necessary to determine the correct guideline status of the conviction and to determine whether mitigating circumstances otherwise made known

to counsel appear from the records.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until September 23, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (defense preparation)

**IT IS SO STIPULATED.**

Date:  August 11, 2008          /s/ Daniel McConkie
                                DANIEL MCCONKIE
                                Assistant United States Attorney
                                Counsel for Plaintiff


Date:  August 11, 2008          DANIEL J. BRODERICK
                                Federal Defender

                                 /s/ Jeffrey L. Staniels
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Counsel for Defendant
                                ISMAEL CHAVEZ-VILLAREAL

**O R D E R**

**IT IS SO ORDERED.**

            By the Court,

Date: August 11, 2008

                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

Stipulation and Order            -2-