DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ISMAEL CHAVEZ-VILLAREAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-128 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | CASE AND EXCLUDING TIME. |
| | ) | |
| ISMAEL CHAVEZ-VILLAREAL, | ) | Date:  September 23, 2008 |
| | ) | Time:  9:15 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel McConkie, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant ISMAEL CHAVEZ-VILLAREAL, that the status conference scheduled for September 23, 2008, be vacated and the matter continued until October 7, 2008, for status conference.

The reason for the continuance is to allow for further preparation and consultation by the defense. Counsel received on Friday, September 19, 2008, records concerning a significant prior conviction which are necessary to determine the correct guideline status of the conviction and to determine whether mitigating circumstances otherwise made known

to counsel appear from the records.  Time to review these with Mr. Chavez are needed in order to complete defense preparation.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until October 7, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (defense preparation)

**IT IS SO STIPULATED.**

Date:   September 22, 2008          /s/ Daniel McConkie
                                    DANIEL MCCONKIE
                                    Assistant United States Attorney
                                    Counsel for Plaintiff


Date:   September 22, 2008          DANIEL J. BRODERICK
                                    Federal Defender


                                     /s/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
                                    Counsel for Defendant
                                    ISMAEL CHAVEZ-VILLAREAL

**O R D E R**

**IT IS SO ORDERED.**

                By the Court,


Date: September 22, 2008

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT


Stipulation and Order              -2-