DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ISMAEL CHAVEZ-VILLAREAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-128 LKK |
| Plaintiff, ) | |
| ) | ORDER EXCLUDING TIME. |
| v. ) | |
| ) | |
| ISMAEL CHAVEZ-VILLAREAL, ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | (In Chambers) |

Following a status conference on October 7, 2008, the court granted the unopposed request for a continuance to completion of preparations in anticipation of a change of plea to the indictment.

This case was therefore scheduled for further status conference on October 28, 2008, at 9:15 a.m. Time for trial under the Speedy Trial Act is excluded between October 7, 2008, and October 28, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

IT IS SO ORDERED.

By the Court,

Dated: October 8, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT