DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ISMAEL CHAVEZ-VILLAREAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-128 LKK |
| Plaintiff, ) | |
| ) | ORDER EXCLUDING TIME. |
| v. ) | |
| ISMAEL CHAVEZ-VILLAREAL, ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | (In Chambers) |

Following a status conference on October 28, 2008, the court granted set a trial date of January 13, 2009, at 10:30 a.m., and a trial confirmation date of November 25, 2008, at 9:15 a.m.

Based on the representation of counsel that a change of plea is anticipated at the trial confirmation hearing, time for trial under the Speedy Trial Act is excluded between October 28, 2008, and November 25, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

IT IS SO ORDERED.

By the Court,

Dated: November 3, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT