1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ISMAEL CHAVEZ-VILLAREAL

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,      )  No. 2:08-cr-128 LKK
10                                 )
                 Plaintiff,        )
11                                 )  ORDER EXCLUDING TIME.
        v.                         )
12                                 )
   ISMAEL CHAVEZ-VILLAREAL,        )
13                                 )  Judge:  Hon. Lawrence K. Karlton
                 Defendant.        )            (In Chambers)
14                                 )
   _____ )
15
        Following a status conference on November 25, 2008, the court
16
   granted the defense request to vacate the previously set trial date of
17
   January 13, 2009, and to calendar the case for a status conference on
18
   December 16, 2008, at 9:15 a.m.
19
        Based on the representation that further discussion of a potential
20
   sentencing issue is needed and is expected to result in a change of
21
   plea at the status conference, time for trial under the Speedy Trial
22
   Act is excluded between November 25, 2008, and December 16, 2008,
23
   pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.
24
            IT IS SO ORDERED.
25
                        By the Court,
26

27
   Dated: November 26, 2008
28
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT