DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ISMAEL CHAVEZ-VILLAREAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:08-cr-128 LKK |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) CASE AND EXCLUDING TIME. |
| | ) |
| ISMAEL CHAVEZ-VILLAREAL, | ) Date: December 16, 2008 |
| | ) Time: 9:15 a.m. |
| Defendant. | ) Judge: Hon. Lawrence K. Karlton |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel McConkie, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant ISMAEL CHAVEZ-VILLAREAL, that the status conference scheduled for December 16, 2008, be vacated and the matter continued until February 3, 2009, for status conference.

The reason for the continuance is to allow for further discussion between counsel on a legal issue that affects guideline calculations in this case, and may have recurring relevance to a number of illegal re-entry cases coming before the courts of this district.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act be excluded from the filing of this stipulation until January 27, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (defense preparation)

**IT IS SO STIPULATED.**

Date:  December 15, 2008          /s/ Daniel McConkie
                                  DANIEL MCCONKIE
                                  Assistant United States Attorney
                                  Counsel for Plaintiff


Date:  December 15, 2008          DANIEL J. BRODERICK
                                  Federal Defender

                                   /s/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  ISMAEL CHAVEZ-VILLAREAL

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Date: December 15, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order            -2-