DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ISMAEL CHAVEZ-VILLAREAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-cr-128 LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER EXCLUDING TIME. |
| ISMAEL CHAVEZ-VILLAREAL, | ) |
| Defendant. | ) Judge: Hon. Lawrence K. Karlton |
|  | )         (In Chambers) |

Following a status conference on February 6, 2009, the court granted the defense request to continue the case for a further status conference on February 18, 2009, at 9:15 a.m.

Based on the representation that further discussion with Mr. Chavez-Villareal is needed in light of the unavailability of defense counsel during the week preceding February 6, 2009, time for trial under the Speedy Trial Act is excluded between February 6, 2009, and February 18, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

IT IS SO ORDERED.

By the Court,

Dated: February 13, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT