DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ISMAEL CHAVEZ-VILLAREAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　v.<br>ISMAEL CHAVEZ-VILLAREAL,<br>　　　　　Defendant. | No. 2:08-cr-128 LKK<br><br>ORDER EXCLUDING TIME.<br><br>Judge: Hon. Lawrence K. Karlton<br>　　　　(In Chambers) |

　　　Following a status conference on February 18, 2009, the court granted the defense request to continue the case for a further status conference on March 17, 2009, at 9:15 a.m.

　　　Based on the representation that further discussion between counsel and with Mr. Chavez-Villareal is needed in order to determine whether and on what terms this matter might be settled without trial, time for trial under the Speedy Trial Act is excluded between February 6, 2009, and February 18, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

　　　IT IS SO ORDERED.

　　　　　　　　　By the Court,

Dated: February 20, 2009

　　　　　　　　　　　　/s/ Lawrence K. Karlton
　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　UNITED STATES DISTRICT COURT