DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ISMAEL CHAVEZ-VILLAREAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-cr-128 LKK |
|---|---|
| Plaintiff, | ) |
| | ) AMENDED STIPULATION AND ORDER |
| v. | ) CONTINUING CASE AND EXCLUDING |
| | ) TIME. |
| ISMAEL CHAVEZ-VILLAREAL, | ) |
| | ) Date: March 17, 2009 |
| Defendant. | ) Time: 9:15 a.m. |
| | ) Judge: Hon. Lawrence K. Karlton |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael D. Anderson, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant ISMAEL CHAVEZ-VILLAREAL, that the status conference scheduled for March 17, 2009, be vacated and the matter continued until March 24, 2009, for status conference.

The reason for the continuance is to allow completion of consultation regarding final terms of a proposed resolution of the case.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act be excluded from the filing of this stipulation until March 24, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (defense preparation)

**IT IS SO STIPULATED.**

Date:  March 13, 2009                     /s/ Michael D. Anderson
                                          Michael D. Anderson
                                          Assistant United States Attorney
                                          Counsel for Plaintiff


Date:  March 13, 2009                     DANIEL J. BRODERICK
                                          Federal Defender


                                           /s/ Jeffrey L. Staniels
                                          JEFFREY L. STANIELS
                                          Assistant Federal Defender
                                          Counsel for Defendant
                                          ISMAEL CHAVEZ-VILLAREAL

**O R D E R**

**IT IS SO ORDERED.**

                By the Court,

Date: March 17, 2009
                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT